## United States District Court for the Northern District of Illinois

Case Number: _08·50116_         Assigned/IssuedBy: _P6_

---

### FEE INFORMATION

**F I L E D**

**Amount Due:**  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☒ No Fee    ☐ Other _____

JUN 2 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*(For use by Fiscal Department Only)*

Amount Paid: _____         Receipt #: _____

Date Paid: _____         Fiscal Clerk: _____

---

### ISSUANCES

**Type Of Issuance:**

☒ Summons                                    ☐ Alias Summons

☐ Third Party Summons                        ☐ Lis Pendens

☐ Non Wage Garnishment Summons

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

☐ Writ _____
         (Type of Writ)

1 Original and _0_ copies on _6/25/08_ as to _Defendants_
                              (Date)

_____

_____

_____