U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 50116 |
|---|---|
| Phillip Hall, Plaintiff, v. Sterling Park District and Sterling Park District Board of Commissioners, | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, Sterling Park District and Sterling Park District Board of Commissioners

| NAME (Type or print) |
|---|
| Jennifer A. Naber |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Jennifer A. Naber |

| FIRM |
|---|
| Laner Muchin Dombrow Becker Levin and Tominberg, Ltd. |

| STREET ADDRESS |
|---|
| 515 N. State St., Suite 2800 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60654 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06197465 | 312-467-9800 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

## **CERTIFICATE OF SERVICE**

Jennifer A. Naber, an attorney, hereby certifies that she caused the **Appearances for Jennifer A. Naber, Gregory R. James, Jr. and Joshua A. Dombrow** in the above-captioned matter to be served upon the attorneys for the Plaintiff electronically, by operation of the Court's electronic filing system, by filing the document electronically with the Clerk of this Court:

> Robin B. Potter, Esq.
> Denise M. Kelleher, Esq.
> ROBIN POTTER & ASSOCIATES, P.C.
> 111 East Wacker Drive, Suite 2600
> Chicago, IL 60601

> s:/Jennifer A. Naber