IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| PHILLIP HALL, | ) |
| Plaintiff, | ) |
| | ) Case No. 08 C 50116 |
| v. | ) |
| | ) Hon. Judge Reinhard |
| STERLING PARK DISTRICT AND STERLING PARK DISTRICT BOARD OF COMMISSIONERS, | ) Magistrate Judge Mahoney |
| Defendants. | ) |

### AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE THEIR ANSWER OR OTHERWISE PLEAD

Defendants, Sterling Park District and Sterling Park District Board of Commissioners ("Defendants"), by and through their attorneys, hereby present the instant Agreed Motion for an Extension of Time for Defendants to File Their Answer to Plaintiff, Phillip Hall's ("Plaintiff") Complaint, or Otherwise Plead, and, in support of, state as follows:

1. Plaintiff filed his Complaint in the above-captioned matter on June 24, 2008.

2. Presently, Defendants have until July 23, 2008 to answer Plaintiff's Complaint or otherwise plead.

3. Defendants' counsel need additional time to conduct the investigation necessary to prepare an answer to Plaintiff's Complaint or otherwise plead.

4. As a result, Defendants request a short extension of time until on or before August 8, 2008, to answer Plaintiff's Complaint or otherwise plead.

5. One of Defendants' attorneys, Joshua Dombrow, spoke with the attorneys for Plaintiff, Robin Potter and Denise Kelleher, on the telephone on July 14, 2008. Ms. Potter and Ms. Kelleher agreed to the proposed extension of time.

WHEREFORE, Defendants, Sterling Park District and Sterling Park District Board of Commissioners, respectfully request that the Court grant their Motion and allow Defendants until on or before August 8, 2008 to file their answer to Plaintiff's Complaint or otherwise plead.

Dated: July 15, 2008                                  Respectfully submitted,

                                                  s:/Joshua A. Dombrow
                                                  /s Joshua A. Dombrow

Jennifer A. Naber
Gregory R. James, Jr.
Joshua A. Dombrow
Laner, Muchin, Dombrow,
  Becker, Levin and Tominberg, Ltd.
515 N. State Street, Suite 2800
Chicago, Illinois 60610
(312) 467-9800
(312) 467-9479 Fax
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

Joshua Dombrow, an attorney, hereby certifies that he caused the **Agreed Motion for Extension of Time for Defendants to File Their Answer or Otherwise Plead** in the above-captioned matter to be served upon the attorneys for Plaintiff electronically, by operation of the Court's electronic filing system, by filing the document electronically with the Clerk of this Court, and also to be served on the Court and the attorneys for Plaintiff in the manner specified below, before the hour of 5:00 p.m., on this 15th day of July, 2008:

    Honorable Magistrate Judge P. Michael Mahoney
    U.S. District Court for the Northern District of Illinois
    211 South Court Street, Courtroom 206
    Rockford, IL 61101
    (one copy via overnight delivery)

    Robin B. Potter, Esq.
    Denise M. Kelleher, Esq.
    ROBIN POTTER & ASSOCIATES, P.C.
    111 East Wacker Drive, Suite 2600
    Chicago, IL 60601
    (one copy via facsimile and messenger delivery)

    s:/Joshua A. Dombrow
    /s Joshua Dombrow