IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| PHILLIP HALL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 50116 |
| | ) | |
| v. | ) | Hon. Judge Reinhard |
| | ) | |
| STERLING PARK DISTRICT and | ) | Hon. Magistrate Judge Mahoney |
| STERLING PARK DISTRICT BOARD | ) | |
| OF COMMISSIONERS, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:   Robin B. Potter, Esq.
    Denise M. Kelleher, Esq.
    ROBIN POTTER & ASSOCIATES, P.C.
    111 East Wacker Drive, Suite 2600
    Chicago, IL 60601

Please take notice that, on Friday, August 8, 2008, we filed with the United States District Court for the Northern District of Illinois Western Division, the attached Defendant Sterling Park District's Answer to Counts I-III of Plaintiff's Complaint, a copy of which is hereby served upon you.

Date: August 8, 2008

Respectfully submitted,

/s Joshua A. Dombrow
Gregory R. James, Jr.
Jennifer A. Naber
Joshua A. Dombrow
Laner, Muchin, Dombrow, Becker,
  Levin and Tominberg, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60654
(312) 467-9800
(312) 467-9479 (fax)
Attorneys for Sterling Park District