IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| PHILLIP HALL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 50116 |
| | ) | |
| v. | ) | Hon. Judge Reinhard |
| | ) | |
| STERLING PARK DISTRICT and | ) | Hon. Magistrate Judge Mahoney |
| STERLING PARK DISTRICT BOARD | ) | |
| OF COMMISSIONERS, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To: Robin B. Potter, Esq.
Denise M. Kelleher, Esq.
ROBIN POTTER & ASSOCIATES, P.C.
111 East Wacker Drive, Suite 2600
Chicago, IL 60601

PLEASE TAKE NOTICE that on **Friday, August 15, 2008**, at 1:30 p.m. or as soon thereafter as counsel may be heard, I shall appear before the Hon. Magistrate Judge Mahoney, or any Judge sitting in Room 206 at 211 South Court Street, Rockford, Illinois and then and there present the attached Sterling Park District's Motion To Dismiss Count IV of Plaintiff's Complaint Under Rule 12(b)(6) and Sterling Park District Board Of Commissioners' Motion To Dismiss Plaintiff's Complaint Under Rule 12(b)(6) and Memorandum of Law in Support Of, copies of which are hereby served upon you.

Date: August 8, 2008

Respectfully submitted,

/s Joshua A. Dombrow
Gregory R. James, Jr.
Jennifer A. Naber
Joshua A. Dombrow
Laner, Muchin, Dombrow, Becker,
 Levin and Tominberg, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60654
(312) 467-9800
(312) 467-9479 (fax)
Attorneys for Sterling Park District