**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Western Division**

Phillip Hall
                              Plaintiff,

v.                                                  Case No.: 3:08−cv−50116
                                                    Honorable Philip G. Reinhard

Sterling Park District, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 11, 2008:

    MINUTE entry before the Honorable P. Michael Mahoney: Telephonic Status hearing held on 8/11/2008. Defendant's Motion to dismiss [16] is taken under advisement; Set deadlines as to motion to dismiss, [16] : Responses due by 9/2/2008, Replies due by 9/16/2008. If a party is not going to file a brief in response or reply, it is that partys obligation, within the time frame established by this order, to so notify the court in writing. Parties to hold Rule 26 meeting. Case mangement order due 8/26/08. Initial Pretrial Conference set for 8/27/2008 at 01:30 PM. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.