UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Western Division

Phillip Hall

                          Plaintiff,

v.                                                    Case No.: 3:08–cv–50116
                                                         Honorable Philip G. Reinhard

Sterling Park District, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney:Initial Pretrial conference held on 8/27/2008. Case management order approved as stated in open court. FRCP 26(a)(1) disclosure due 9/23/08. Parties given 25 interrogatories, 25 requests to admit and 10 depositions earch. Amended Pleadings due by 1/30/2009. Fact Discovery ordered closed by 1/30/2009. Dispositive Motions due by 3/16/2009. Parties recommendation regarding electronically stored information is not made part of the order. Discovery Hearing set for 11/14/2008 at 01:30 PM. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.