IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHILLIP HALL, | )<br>) |
| Plaintiff, | ) Case No. 08 C 50116<br>) |
| v. | ) Hon. Judge Reinhard<br>) |
| STERLING PARK DISTRICT and<br>STERLING PARK DISTRICT BOARD OF<br>COMMISSIONERS, | ) Magistrate Judge Mahoney<br>)<br>)<br>) |
| Defendants. | ) |

**AGREED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF
TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff Phillip Hall ("Plaintiff"), by and through his attorneys, Robin Potter & Associates, P.C., hereby presents the instant Agreed Motion for an Extension of Time for Plaintiff to File Response to Defendants' Motion to Dismiss and, in support thereof, states as follows:

1. Plaintiff filed his Complaint in the above-captioned matter on June 24, 2008.

2. Pursuant to the agreement of the parties, on July 21, 2008, this Court entered an order allowing defendants through August 8, 2008 to file their answer to Plaintiff's Complaint or otherwise plead and for Plaintiff's response on September 2, 2008.

3. On August 8, 2008, Defendants filed an Answer to Counts I-III of Plaintiff's Complaint, as well as a Motion to Dismiss Count IV of Plaintiff's Complaint as to Defendant Sterling Park District and Motion to Dismiss Plaintiff's Complaint as to Defendant Sterling Park District Board of Commissioners.

4. Plaintiff's counsel need three additional days to file their response to Defendants' Motion to Dismiss, or to on or before September 5, 2008.

5. On or about August 29, 2008, one of Defendants' attorneys, Jennifer Naber, advised Plaintiff's counsel Robin Potter via email that Defendants did not object to a short extension of time for both parties. Thus, Defendants' reply brief would be due on or before September 19, 2008.

**WHEREFORE,** for all the above reasons, Plaintiff Phillip Hall respectfully requests that the Court grant this Motion allowing Plaintiff until on or before September 5, 2008 to file his response to Defendants' Motion to Dismiss and Defendants until on or before September 19, 2008 to file their reply brief.

                        Respectfully submitted,

              By:   /s/ Robin Potter
                     One of Plaintiff's Attorneys

Robin Potter, Esq.
Denise M. Kelleher, Esq.
Robin Potter & Associates, P.C.
111 East Wacker Drive - Suite 2600
Chicago, Illinois 60601
(312) 861-1800
robinpotter@igc.org

## CERTIFICATE OF SERVICE

      I, Denise M. Kelleher, an attorney, state that I caused a copy of the above **AGREED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS** to be served upon the attorneys for Defendants by operation of the Court's electronic filing system, and also upon the Court in the manner specified below, before the hour of 5:00 p.m., on this 2nd day of September, 2008:

Honorable Magistrate Judge P. Michael Mahoney  
United States District Court  
for the Northern District of Illinois  
Western Division  
211 South Court Street, Courtroom 206  
Rockford, IL 61101

                                              /s/ Denise M. Kelleher