# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| PHILLIP HALL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 50116 |
| | ) | |
| v. | ) | Hon. Judge Reinhard |
| | ) | |
| STERLING PARK DISTRICT and | ) | Magistrate Judge Mahoney |
| STERLING PARK DISTRICT BOARD OF | ) | |
| COMMISSIONERS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF FILING

**TO:**   See attached Service List

**PLEASE TAKE NOTICE** that on September 5, 2008, I filed with the United States District Court for the Northern District of Illinois, Western Division, **PLAINTIFF'S RESPONSE TO DEFENDANTS' PARTIAL MOTION TO DISMISS**, true and correct copies of which are attached hereto and are hereby served upon you.

By:   /s/ Denise M. Kelleher
One of Plaintiffs' Attorneys

Robin Potter, Esq.
Denise M. Kelleher, Esq.
Robin Potter & Associates, P.C.
111 East Wacker Drive
Suite 2600
Chicago, Illinois  60601
(312) 861-1800

NOF COS Pl's Response M-Dismiss.wpd
September 5, 2008/dmk

## CERTIFICATE OF SERVICE

I, Denise M. Kelleher, an attorney, state that I caused a copy of the above **PLAINTIFF'S RESPONSE TO DEFENDANTS' PARTIAL MOTION TO DISMISS** to be served upon the attorneys for Defendants by operation of the Court's electronic filing system, and also upon the Court in the manner specified below on this 5th day of September, 2008:

> Honorable Magistrate Judge P. Michael Mahoney
> United States District Court
> for the Northern District of Illinois
> Western Division
> 211 South Court Street, Courtroom 206
> Rockford, IL 61101
> (via overnight mail)

/s/ Denise M. Kelleher